IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GREGORY LOWE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-4 (MTT) |
| ) | |
| WILLIAM M. TERRY, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on the Recommendation (Doc. 18) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge recommends granting the Respondent's Motion to Dismiss (Doc. 9) because the Petition (Doc. 1) was filed outside the applicable limitations period and the Petitioner has failed to show any cause for tolling the limitations period. The Petitioner has filed an Objection (Doc. 19) to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which the Petitioner objects.

The Recommendation is adopted and made the order of this Court. The Respondent's Motion to Dismiss is **GRANTED**, and the Petition is **DISMISSED**.

**SO ORDERED**, this 8th day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT